IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BOBBY DWAYNE WILLIAMS                                    PLAINTIFF

        v.                      Civil No. 13-2232

SHERIFF RON BROWN, Crawford
County, Arkansas; CAPTAIN BRANDON
TRENT; and LIEUTENANT VENA CUPP                          DEFENDANTS


## JUDGMENT

        For the reasons stated in a memorandum opinion entered this same day, the Defendants'

motion for judgment on the pleadings (Doc. 19) is granted and this case dismissed.

        IT IS SO ORDERED this 7th day of August 2014.


                                /s/ J. Marschewski
                                HON. JAMES R. MARSCHEWSKI
                                CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)